UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62051-CIV-SINGHAL/VALLE

HOWARD MICHAEL CAPLAN,

     Plaintiff,

v.

KLRP SERVICES, LLC, d/b/a LUXURY
CARS OF FORT LAUDERDALE and
BRODY FAMILY INVESTMENTS,

     Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Notice of Settlement (DE [22]) filed by Plaintiff on January 6, 2023.  Local Rule 16.4, Local Rules for the United States District Court for the Southern District of Florida, requires that a Notice of Settlement "shall be filed and served jointly by counsel for all parties to the settlement."  Given the unilateral Notice of Settlement, all pre-trial deadlines remain in effect. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that all pretrial deadlines remain in effect.  The parties will be relieved from pretrial deadlines upon the filing of a Joint Notice of Settlement. The parties shall schedule and  file a proposed mediation order by **January 19, 2023.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 12th day of January 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF