UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62051-CIV-SINGHAL/VALLE

HOWARD MICHAEL CAPLAN,

     Plaintiff,

v.

KLRP SERVICES, LLC, d/b/a LUXURY
CARS OF FORT LAUDERDALE and
BRODY FAMILY INVESTMENTS,

     Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Joint Stipulation for Dismissal (DE [24]) filed by the parties on January 13, 2023. The Court having reviewed the Stipulation and being otherwise informed, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE.** All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in the Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 13th day of January 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF